## BUD LANKFORD v. STATE.

No. A-6876. Opinion Filed Oct. 5, 1929.
(281 Pac. 1117.)

Geo. L. Zink, for plaintiff in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Kiowa county on a charge of having the unlawful possession of intoxicating liquor, and was sentenced to pay a fine of $300 and to serve 60 days in the county jail.

The case was tried in September, 1927, and the appeal was lodged in this court in January, 1928. No briefs have been filed. An examination of the record discloses no jurisdictional nor fundamental error.

The case is affirmed.